1012

William BRZOZA, Administrator of the Estate of Katie Nebsidoski, Deceased, Plaintiff-Appellee, v. CENTRAL VERMONT PUBLIC SERVICE CORPORATION, Defendant-Appellant.

No. 383.

Circuit Court of Appeals, Second Circuit.
April 30, 1934.

Fenton, Wing & Morse, of Rutland, Vt., and Fred E. Gleason, of Montpelier, Vt., for appellant.

Novak & Bloomer, of Rutland, Vt. (Asa Bloomer, of Rutland, Vt., of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

CHICAGO FORGING & MANUFACTURING COMPANY, Plaintiff-Appellant, v. BASSICK COMPANY, Defendant-Appellee.

No. 417.

Circuit Court of Appeals, Second Circuit.
May 14, 1934.

Bristol & White, of New Haven, Conn., and Donald M. Carter, of Chicago, Ill., for plaintiff-appellant.

Stephen H. Philbin, of New York City, and D. Lewis Mattern, of Bridgeport, Conn., for defendant-appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree [60 F.(2d) 581] affirmed.

WARD M. CANADAY, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 3641.

Circuit Court of Appeals, Fourth Circuit.
Feb. 28, 1934.

Thomas M. Wilkins, of Washington, D. C., for petitioner.

E. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.
Case dismissed under Rule 20, in accordance with agreement of attorneys.